## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Joseph L. Rauso, President
*Lockhart Tire*
507 Lockhart Street
Pittsburgh, PA 15212

_____
Mary E. Augustine (No. 4477)

623490v1